Argued February 16, affirmed February 23, 1955

## FORD *v.* FORD

279 P. 2d 1040

*Alton John Bassett,* Portland, argued the cause and filed briefs for appellant.

*James L. Means,* Portland, argued the cause for respondent. With him on the brief was Elton Watkins, Portland.

Before WARNER, Chief Justice, and LUSK, BRAND and LATOURETTE, Justices.

PER CURIAM.

The plaintiff husband, after approximately seven months of married life, seeks a divorce on the ground

of cruel and inhuman treatment rendering his life burdensome. From a decree dismissing his complaint, he brings this appeal.

■ He predicated his right upon the defendant's alleged faultfinding, nagging, complaining, bickering and quarreling. The acts cited by him in proof thereof consist in the main of trivial matters occasionally present in the home of most families and soon forgotten and forgiven by the offended participants. Certainly, they do not rise to the dignity of grounds to warrant a divorce. As revealed by the record, the plaintiff has failed to establish his case by a preponderance of the evidence. See *Dakin v. Dakin,* 197 Or 69, 72, 251 P2d 462, and cases there cited.

■ In response to respondent's motion pursuant to ORS 107.100, an allowance of $100 is made for the services of her attorneys in this court.

Affirmed.